# AFFIDAVIT OF BRIAN O'SULLIVAN IN SUPPORT OF APPLICATION FOR A CRIMINAL COMPLAINT

I, Brian O'Sullivan, having been duly sworn, hereby depose and state the following:

## INTRODUCTION

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so since February 2012. I am currently assigned to the FBI Boston Division, where I investigate violent crimes against children. As a federal agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States. I have been investigating crimes against children for approximately three years, including offenses involving the possession, distribution, and production of child pornography; travel with intent to engage in illicit sexual conduct; and coercion and enticement of minors.

2. I am aware that Title 18, United States Code, Section 2422(b) makes it a crime for anyone, using the mail or any facility or means of interstate or foreign commerce, to knowingly persuade, induce, entice, or coerce any minor to engage in any sexual activity for which any person can be charged with a criminal offense, or to attempt to do so.

3. I make this affidavit in support of a criminal complaint charging David Cerasuolo ("Cerasuolo"), DOB: xx/xx/1972, of Plainville, Massachusetts, with one count of coercion and enticement of a minor, or attempt thereof, in violation of 18 U.S.C. § 2422(b). The facts stated herein are based on my own personal involvement with this investigation, as well as from information provided by other law enforcement officers involved in the investigation and reports relating to the incident and investigation. In submitting this affidavit, I have not included each and every fact known to me about this investigation; rather, I am only submitting enough evidence necessary to establish the requisite probable cause.

## STATEMENT OF PROBABLE CAUSE

4.  On July 29, 2020, at approximately 6:05 AM, agents from the Federal Bureau of Investigation, with the assistance of state and local law enforcement, executed federal search warrants (20-MJ-1289-DLC and 20-MJ-1290-DLC) authorizing them to search the premises located at 56 Fales Road, Plainville, MA, as well as the person of David Cerasuolo ("CERASUOLO"), for evidence, fruits, and instrumentalities of violations of 18 U.S.C. § 2422(b) and 18 U.S.C. § 1470.

5.  Agents encountered CERASUOLO after knocking on the door. CERASUOLO was removed from the residence and instructed to sit down on outdoor furniture. CERASUOLO was taken to a nearby van so that he could speak with FBI agents in private. CERASUOLO was advised of and executed a written waiver of his rights pursuant to *Miranda*, and he agreed to speak with agents on scene. The interview was recorded; unless otherwise indicated, all statements set forth below are summary in nature.

6.  When asked about the Whisper and Kik messaging applications, CERASUOLO admitted that he used the applications to engage in conversations with other parents to discuss sexual activities with and/or sexual fantasies about their children. CERASUOLO confirmed that the Whisper account and username known by me to have been used in connection with the conversations described herein (hereinafter, the "target Whisper account") belongs to him. CERASUOLO admitted that the Kik account and username known by me to have been used in connection with the conversations described herein (hereinafter, the "target Kik account") belongs to him.

7. CERASUOLO admitted that the cell phone number "xxx-xxx-2733" is his cell phone number, and he provided consent to agents to access his phone. The phone is a Samsung smartphone that is associated with the "xxx-xxx-2733" phone number.[1] CERASUOLO told law enforcement that he has the Whisper and Kik messaging applications on the phone and that he accesses, uses, and communicates via the applications on the phone.

8. Agents observed that the Kik application was on the cell phone and that it was already logged in to the target Kik account. The account contains a "profile picture," and CERASUOLO confirmed that the profile picture is a picture of himself.

9. CERASUOLO admitted that he had used the target Whisper and Kik accounts to engage in conversations with another Kik user, identified as "Mike", who unbeknownst to CERASUOLO was an FBI Online Covert Employee ("OCE 1").

10. CERASUOLO admitted that he had engaged in text message conversations with someone who had been identified to him as "Amy", the thirteen-year-old daughter of "Mike," who unbeknownst to CERASUOLO was an FBI Online Covert Employee ("OCE 2"). CERASUOLO indicated that, throughout the time of his text message conversations with "Amy", he believed her to be a thirteen-year-old girl.

11. In the course of the interview, agents showed CERASUOLO portions of the text message conversation between CERASUOLO and OCE 2. CERASUOLO admitted that he sent

---

[1] CERASUOLO's Samsung smartphone was placed in transport to the FBI forensic lab. Analysis remains ongoing.

the messages attributed to him from his cell phone. The text message conversation included the messages summarized and quoted herein.[2]

12. On June 22, 2020, CERASUOLO texted, "I find girls your age to be very attractive". OCE 2 responded, "Oh yeah?? What's ur favorite age?". CERASUOLO replied, "13 to 17".

13. On June 22, 2020, David sent a picture of adult male legs, visible from the knees down, in what appears to be a swimming pool. OCE 2 wrote, "Are you in the pool right now?" The conversation continued as follows:

> CERASUOLO: Yup
>
> OCE 2: Oh man I'm jealous!!
>
> CERASUOLO: Yes I know
>
> CERASUOLO: Should I go higher with the picture and show my lap
>
> OCE 2: Lol whatever u want
>
> CERASUOLO: I am the only one here
>
> OCE 2: In your pool?
>
> CERASUOLO: Yes
>
> CERASUOLO: And at the house and the pool is secluded
>
> OCE 2: Oh that's cool
>
> CERASUOLO: So am I wearing trunks?

---

[2] The included excerpts from the text message communications between CERASUOLO and OCE 2 are reproduced as closely as possible to how they appeared via text message, inclusive of typos, misspellings, and grammatical errors that appeared in the original texts. "Emoticons", or images representing facial expressions commonly used in text-based communications, are identified and described in brackets.

> CERASUOLO: Are you afraid to ask
>
> OCE 2: Since u brought it up... r u???
>
> CERASUOLO: Yes

14. CERASUOLO then sent OCE 2 a photo of his legs from the waist down, showing blue swimming shorts and his legs down to his feet, in a swimming pool.

15. Later on June 22, 2020, CERASUOLO and OCE 2 had the following conversation:

> CERASUOLO: I will make a deal with ok
>
> CERASUOLO: I want you to take off all of your clothes and then so will I and and I will send you a picture of me....no face just my body....deal?
>
> CERASUOLO: You dont have to take a picture I will take your word for it you are naked
>
> OCE 2: Um ok
>
> OCE 2: Now?
>
> CERASUOLO: Yes cleaning people just left
>
> CERASUOLO: Can you do that
>
> OCE 2: Ok
>
> CERASUOLO: Ok
>
> CERASUOLO: So I am naked
>
> OCE 2: Ok, me too
>
> CERASUOLO: Ok you ready
>
> OCE 2: Mhm
>
> CERASUOLO: You really naked

>OCE 2: Mhm

16. At this point, CERASUOLO sent a photograph, naked from the waist down on a bed, displaying an erect penis. This conversation followed:

>OCE 2: Oh man [sends a smirking emoji]
>
>CERASUOLO: You like
>
>OCE 2 How do I kno it's u
>
>CERASUOLO: Oh I can't attach a face honey that would get us both in trouble
>
>CERASUOLO: Same thing if you ever do send and want to hide from your dad dont send your face
>
>CERASUOLO: I can send another if you like

17. On Thursday, July 9, 2020, CERASUOLO and OCE 2 had a conversation during which CERASUOLO requested from OCE 2 "a better [photo] of your body … [l]ike in a bikini or bra and panties [or] [w]ithout anything on."

18. On July 16, 2020, CERASUOLO and OCE 2 had the following conversation:

>CERASUOLO: So Amy if we meet what would we do
>
>OCE 2: U tell me David
>
>CERASUOLO: Well dad wants to make sure you know and you are ok with it
>
>OCE 2: .I'm just a kid, u tell me what u want to do.. ur the one joining us... what for?? What do I wanna do???
>
>OCE 2: What do u wanna do??**
>
>CERASUOLO: We discussed this the other day...with dads permission I want us to have sex
>
>CERASUOLO: Sooooo
>
>OCE 2: Me and u???

       OCE 2: Regular kind?

       CERASUOLO: Yes....with dad there

19.     On July 23, 2020, CERASUOLO and OCE 2 had the following conversation:

       CERASUOLO: You are cute

       CERASUOLO: You in pjs

       OCE 2: Lol no not yet

       CERASUOLO: Oh are you naked?

       OCE 2: Lol no, r u?

       CERASUOLO: Lol

       CERASUOLO: No

       CERASUOLO: Should i be

       OCE 2: Lol idk

       CERASUOLO: Tell me what you think

       OCE 2: Well ur alone right?

       CERASUOLO: I am

       OCE 2: Do u usually hang out naked?

       CERASUOLO: Sometimes it is fun

       CERASUOLO: Don't you like it sometimes

       OCE 2: I don't live alone

       OCE 2: I'm not gonna walk around naked around my mom [Sends emoji with eyes and mouth in a straight line]

       CERASUOLO: True

CERASUOLO: But maybe out of the shower in your room you stay naked a little longer than normal

OCE 2: Is that what u do

CERASUOLO: Sometimes

OCE 2: Ohhh

CERASUOLO: Yes

OCE 2: I already showered tonight

CERASUOLO: Oh

CERASUOLO: Shucks

OCE 2: I'm all clean [Send emoji of female holding her hand up near her hair]

CERASUOLO: Except your mind

OCE 2: [Sends winking emoji with tongue out]

CERASUOLO: Maybe I should check how clean you arr

OCE 2: Lol how

CERASUOLO: Well…..you should strip and then video your whole body so I can check

CERASUOLO: To make sure you are clean I promise

OCE 2: Lol u want me to send you a video of me naked?

CERASUOLO: Yes but dad would be angry

OCE 2: What do I do in the video?

CERASUOLO: Just stand in front of a mirror and turn around

OCE 2: Just totally naked?

CERASUOLO: Sure

20. Shortly thereafter in the conversation, CERASUOLO texted OCE 2, "Omg I might explode before I even open it….lol".

21. During the interview of CERASUOLO on July 29, 2020, CERASUOLO was asked about several specific messages he had sent to OCE 2. When asked about the photograph of an erect penis sent by CERASUOLO to OCE 2, CERASUOLO stated that he sent the photograph and that the photograph depicts his penis. When asked specifically about his text messages to OCE 2 about wanting to have sex with OCE 2, CERASUOLO indicated that he did want to engage in sexual activity with "Amy."

## CONCLUSION

22. Based on the foregoing, I submit that there is probable cause to believe that on or about July 16, 2020, David CERASUOLO, using a means or facility of interstate commerce, did knowingly attempt to entice or coerce an individual who has not yet attained the age of eighteen years, to engage in sexual activity as defined in 18 U.S.C. § 2423(f), in violation of 18 U.S.C. § 2422(b).

Sworn to under the pains and penalties of perjury,

/s/ Brian O'Sullivan
Special Agent Brian O'Sullivan
Federal Bureau of Investigation

Attested to in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone on July 29, 2020.

_____
HONORABLE DONALD L. CABELL
UNITED STATES MAGISTRATE JUDGE



9