Dear Honorable Judge Patti B. Saris

I am writing you on behalf of Mr. David P. Cerasuolo, my nephew and Godson.

I have been involved with David's case since the day of his arrest. We have had hundreds of phone calls and written dozens of letters to each other. I have provided monthly contributions to his commissary account during his detention. I have managed his bills and taxes. I have reviewed all his financial matters as his POA.

I have done this and will continue to do this after sentencing. I have made this commitment because I love and trust David.

David has taken full responsibility for his actions from the beginning. He has expressed to me and others great remorse for his actions. He is acutely aware that he has breached serious legal, moral, and ethical laws of conduct

His actions were extremely uncharacteristic of his personality. David is an intelligent, kind, thoughtful, and generous man. He has been a very good father. Always there with his children and for me.

I am the only sister of his deceased father, Paul F. Cerasuolo. David means a great deal to me. We have always been close, and he has honored his father's dying wishes to honor me and stay in contact with me.

He has visited me frequently with his children and friends. David called me regularly to talk about the world and political events. He consistently invites me to family and holiday gatherings

He has been there through good and bad times with me. He checks on me during storms, electric outages, and illness. He has helped me with chores that I cannot manage anymore on my own.

He has always included me in his life and my life has been made better for it. I can trust David to listen and be honest with me.

When he leaves incarceration David is welcome to stay with me until he can get back on his feet. I have a four-bedroom home. David will occupy the whole

second floor and we both will have ample space and privacy. David and his dog Flash lived with me once before. We got along well. His children stayed during the weekends and vacations. They fondly consider my home their home.

I live in a once-rural area close to the ocean. I have beautiful gardens, a private yard, and a quiet neighborhood. David has always found staying in this setting to be peaceful and calming. I hope he will be able to continue the work here to restore his life and place in society.

I do not fully understand why David did the things he did. He came from a very straight middle-class family. He had wonderful opportunities: good schools, friends, sports successes, church and community involvement.

His parents adored David and his sister. They were dearly beloved and thus he was named David and his sister Amy. They were not perfect parents though. They were very strict and both overly domineering in their own way.

All I can say is perhaps David was facing mounting pressures which he was unable to cope with when he began to offend.

He and his significant other were a blended family of eight. He had just secured a new position with a company he liked. They had just moved into a new home with lots of projects when the pandemic struck. His son was entering his senior year in high school and looking at colleges. His daughter was transitioning to vocational school. They were not thriving with home remote schooling. Both children were having some individual mental health issues.

The car insurance industry went soft during the pandemic.  People were in lock down and off the roads. There was not enough business to work from home. David was laid off like so many others. He had no financial cushion.

His unemployment benefits were just enough to cover his child support, car payments, and utilities. He went deeper into debt. He did not truly share his financial concerns with his partner. According to my conversations with her, she was not aware of how financially strapped he was becoming. He always maintained optimistically that things were fine. She had greater financial security, which created an imbalance in their relationship.

David lacked daily structure during his unemployment. David became more isolative and inactive. He was not sleeping at night. He had poor energy during the day. Not exercising. He was not keeping busy with household projects. He gained weight and his Diabetes went out of control. He had lost his health insurance and needed treatment for sleep apnea.

These are not excuses but merely illustrate his failing state of mind and untreated profound clinical depression. I think his mental health was part of the reason he resorted to excessive use of the internet and fantasy life. I can only speculate that he felt truly powerless and hopeless.

This dysthymia along with his sex offenses are issues I know he will work on diligently. He wants to be a better person and restore his relationship with [children's names redacted] and society. He will do well in a highly rated sex offender program while incarcerated. He would also benefit from the opportunity to finish his bachelor's degree. His potential is more than good. He will have strong consistent mature family support during prison.

He will rehabilitate best in a safe, progressive setting where his physical and mental health issues can be supported. He is aging. He has a mature understanding of what he has done wrong. He blames no one except himself. I am confident David will come out of this a better person.

I want to end with a statement from his daughter [redacted]. I was with [her] the day after she was interviewed by the FBI. She told me "My dad isn't a perfect father, but he was a perfect father for me."

To me, that sums it up for David. For who David is, and what he means to those who will be there in the years to come.

Sincerely,

/s/ *Ellen C. Cerasuolo*

Honorable Patti B. Saris
United States Federal Court
District of Massachusetts
One Courthouse Way
Boston, MA 02210

Dear Judge Saris,

I write in support of David Cerasuolo. David is my nephew and my Godson, so I have known him his entire life.

I am currently Senior Counsel to the President at Stonehill College serving the College for the past 48 years.

David was raised in a loving family and developed into a caring, generous, outgoing person who made friends easily and was always there to help his classmates, especially the underdogs, those kids who were left out of groups, who didn't fit in. David always reached out to them and included them in school activities.

David attended Stonehill College for four years. He was well liked by classmates, by teammates on the varsity baseball team, and by faculty and staff.

During his working years in the retail and insurance industries, he showed initiative, reliability, and a solid work ethic.

He has been a wonderful father to his two children, Connor and Caroline. Always a part of their school, athletic and personal lives. He coached both of them in basketball and always made time to attend their games, their school activities, and their social activities. He is a loving, attentive, dependable father.

Both of David's parents suffered lengthy illnesses before passing.  David was a loving, caring son who provided both his parents with heartfelt care, attention, and support for many months and years.  I know they were both so very grateful to him. He was always there for them.

I have regularly spoken to David and visited him frequently during his incarceration this past year.  I truly and honestly believe that David, once he has served his time and paid his debt to society, will again be a productive and engaged citizen, a reliable and hard-working employee, and most importantly, a loving and dedicated father.

Thank you, your Honor, for this chance to write to you on David's behalf. He is loved and will be supported now and in the future.

Sincerely,

*Francis X. Dillon*

Honorable Patti B. Saris
United States Federal Court
District of Massachusetts
One Courthouse Way
Boston, MA 02210

May 25, 2022

Dear Judge Saris,

   I am writing you today about my nephew, David Cerasuolo.  David is the son of my beloved big sister Pat and his father, Paul.  He was the first grandson in my family and certainly holds a special place in all of our hearts.  My parents, Joe and Dot Dillon, adored him, helped take care of him while his parents were working, and my father was alive to know David until he became a wonderful man.  My mother died shortly after David became a small child, but he was certainly the apple of her eye.

   Unfortunately, David experienced many losses. My father, his paternal grandmother, two cousins, and of course his parents.  Paul died at the young age of 57 and David and his sister Amy were great caregivers of his mother who passed when she was 73.

   My personal experiences with David were many.  I remember days when he was younger of taking him deep sea fishing or to the movies to see "Ghostbusters."  I was a babysitter for him and Amy and we always had a great time watching movies or playing board games.

   The Cape was a special place for all the Dillons and I remember happy times at the beach or playing card games at night.  David was happy and go-lucky kid who everyone enjoyed being around.

   As David got older he began to develop an interest in sports and I remember watching him play high school basketball as well as baseball  As an adult we both had a mutual interest in the Celtics.  Recently, I sent David a book about the Celtics and he wrote back and really surprised me how he remembered who my favorite players were and how much of a fan I was. But that's David.

   David came to work at Commerce  Insurance where I worked.  He started off in Customer Service and worked his way up to  Senior Adjuster in the Claims Department.  He had a way about him that fellow employees, management and customers appreciated.  He  made a lot of lifelong friends while at Commerce.  He got along with everyone and everyone liked him.

   David is a wonderful, sensitive, empathetic and funny person who loves his children and his extended family.  He made a great Santa at many Dillon Christmas parties and even played Santa for my religious education students.  I pray for him every day and have let him know that I will always be there for him.

   Thank you for reading this letter. I hope it gives a sense of the whole person of David.

                                                         Sincerely,
                                                        Marianne Dillon Raeke